1
2
3
4
5
6
7
8
9
10
11
12
13
14
15
16
17
18
19
20
21
22
23
24
25
26
27
28

**UNITED STATES DISTRICT COURT**

**DISTRICT OF NEVADA**

U.S. BANK N.A.,                                )
                                               )          Case No. 2:16-cv-00576-GMN-NJK
                         Plaintiff(s),         )
                                               )
vs.                                            )          ORDER
                                               )
SFR INVESTMENTS POOL 1, LLC, et al.,           )
                                               )
                         Defendant(s).         )
_____)

To date, the parties have not filed a stipulated discovery plan as required by Local Rule 26-1(a). The parties are hereby **ORDERED** to file, no later than November 1, 2016, either (1) a joint proposed discovery plan; (2) a motion or stipulation to stay discovery addressing the pertinent standards; or (3) a joint status report otherwise explaining why the parties do not believe a proposed discovery plan should be filed at this time.

IT IS SO ORDERED.

DATED: October 24, 2016

_____
NANCY J. KOPPE
United States Magistrate Judge