UNITED STATES DISTRICT COURT

DISTRICT OF NEVADA

| | |
|---|---|
| U.S. BANK NATIONAL ASSOCIATION,<br>　　　　　Plaintiff(s),<br>vs.<br>SFR INVESTMENTS POOL 1, LLC, et al.,<br>　　　　　Defendant(s). | Case No. 2:16-cv-00576-GMN-NJK<br><br>ORDER<br><br>(Docket No. 49) |

A settlement conference is set for March 23, 2017. Docket No. 33. Pending before the Court is Defendant HOA's motion to be excused from that settlement conference on the ground that a stipulation of dismissal is imminent, filed on March 16, 2017. Docket No. 49. The Court hereby **ORDERS** that the stipulation of dismissal be filed no later than March 21, 2017. The filing of a stipulation of dismissal by that date will suffice to excuse Defendant HOA from attending the settlement conference.[1] In the event such stipulation is not filed by that date, Defendant HOA shall appear for the settlement conference and shall submit a settlement brief by noon on March 22, 2017. Accordingly, the motion to be excused is **GRANTED** in part and **DENIED** in part.

IT IS SO ORDERED.

DATED: March 17, 2017

　　　　　　　　　　　　　　　　　　　_____
　　　　　　　　　　　　　　　　　　　Nancy J. Koppe
　　　　　　　　　　　　　　　　　　　United States Magistrate Judge

---

[1] Such filing will be self-executing, and no further Court order will issue.