# UNITED STATES DISTRICT COURT

# DISTRICT OF NEVADA

| | |
|---|---|
| U.S. BANK NATIONAL ASSOCIATION,<br><br>                     Plaintiff(s),<br><br>vs.<br><br>SFR INVESTMENTS POOL 1, LLC, et al.,<br><br>                     Defendant(s). | Case No. 2:16-cv-00576-GMN-NJK<br><br>ORDER |

A settlement conference is set in this case for March 23, 2017. Docket No. 33. It has recently come to the Court's attention that (1) the wrong HOA was named as a Defendant, and the proper HOA has not been joined as a party and (2) Counter-Defendant Mortgage Electronic Registration Systems, Inc. has not submitted a settlement brief and may not be attending the settlement conference at all. In light of these circumstances, the Court **SETS** a telephonic hearing for 9:00 a.m. on March 21, 2017. Counsel shall appear telephonically by calling the Court conference line at 877-402-9757 at least five minutes prior to the hearing. The conference code is 6791056. In order to ensure a clear recording of the hearing, the call must be made using a land line phone. Cell phone calls, as well as the use of a speaker phone, are prohibited.

IT IS SO ORDERED.

DATED: March 20, 2017

_____
NANCY J. KOPPE
United States Magistrate Judge