LIPSON, NEILSON, COLE, SELTZER & GARIN, P.C.
J. WILLIAM EBERT, ESQ.
Nevada Bar No. 2697
DAVID A. MARKMAN, ESQ.
Nevada Bar No. 12440
9900 Covington Cross Drive, Suite 120
Las Vegas, Nevada 89144
(702) 382-1500 - Telephone
(702) 382-1512 – Facsimile
bebert@lipsonneilson.com
dmarkman@lipsonneilson.com

# UNITED STATES DISTRICT COURT

## DISTRICT OF NEVADA

| | |
|---|---|
| U.S. BANK NATIONAL ASSOCIATION, AS TRUSTEE FOR GREENPOINT MORTGAGE FUNDING TRUST MORTGAGE PASS-THROIUGH CERTIFICATES, SERIES 2006-AR7,<br><br>Plaintiff,<br><br>v.<br><br>SFR INVESTMENTS POOL 1, LLC; DESERT PARK AT GREEN VALLEY HOMEOWNERS' ASSOCIATION, INC.; NEVADA ASSOCIATION SERVICES, INC.; DOES I through X and ROE CORPORATIONS I through X,<br><br>Defendants. | CASE NO.: 2:16-cv-00576-GMN-NJK<br><br>**DESERT PARK AT GREEN VALLEY HOMEOWNERS' ASSOCIATION, INC.'S MOTION TO REMOVE ATTORNEYS FOR ELECTRONIC SERVICE LIST** |

Defendant DESERT PARK AT GREEN VALLEY HOMEOWNERS' ASSOCIATION ("Desert Park" or "HOA") by and through its counsel of record, the law firm of LIPSON, NEILSON, COLE, SELTZER & GARIN, P.C., hereby request the Court to remove attorneys J. William Ebert and David Markman from the CM/ECF electronic service list in this case.

/ / /

/ / /

Pursuant to the Stipulation and Order to Dismiss with Prejudice Desert Park at Green Valley Homeowners' Association, Inc., [Dkt. 65] filed on April 14, 2017, Desert Park is no longer a party and wishes to no longer receive electronic notices pertaining to this matter.

DATED this 9th day of August, 2017.

LIPSON, NEILSON, COLE, SELTZER & GARIN, P.C.

/s/ David Markman

By:_____
J. WILLIAM EBERT, ESQ.
Nevada Bar No. 2697
DAVID A. MARKMAN, ESQ.
Nevada Bar No. 12440
9900 Covington Cross Drive, Suite 120
Las Vegas, NV 89144

IT IS SO ORDERED.

_____
NANCY J. KOPPE
UNITED STATES MAGISTRATE JUDGE

DATED: August 9, 2017

Lipson, Neilson, Cole, Seltzer & Garin, P.C.
9900 Covington Cross Drive, Suite 120
Las Vegas, Nevada 89144
(702) 382-1500 FAX: (702) 382-1512