# UNITED STATES DISTRICT COURT

# DISTRICT OF NEVADA

| | |
|---|---|
| U.S. BANK N.A., | Case No. 2:16-cv-00576-GMN-NJK |
| Plaintiff(s), | **ORDER** |
| v. | (Docket No. 84) |
| SFR INVESTMENTS POOL 1, LLC, et al., | |
| Defendant(s). | |

Pending before the Court is Plaintiff's motion to reopen discovery and extend the deadline to file motions for summary judgment. Docket No. 84. Defendant SFR declined to stipulate to that relief, *id.* at 4, but has not filed a response. The Court hereby **ORDERS** SFR to file a response to the motion by January 11, 2018.

IT IS SO ORDERED.

Dated: January 4, 2018

_____
NANCY J. KOPPE
UNITED STATES MAGISTRATE JUDGE