WRIGHT, FINLAY & ZAK, LLP
Edgar C. Smith, Esq.
Nevada Bar No. 5506
7785 W. Sahara Avenue, Suite 200
Las Vegas, Nevada 89117
(702) 475-7964; Fax: (702) 946-1345
esmith@wrightlegal.net
*Attorney for Plaintiff/Counter-Defendant, U.S. Bank National Association, as Trustee for Greenpoint Mortgage Funding Trust Mortgage Pass-Through Certificates, Series 2006-AR7*

# UNITED STATES DISTRICT COURT

# FOR THE DISTRICT OF NEVADA

| | |
|---|---|
| U.S. BANK NATIONAL ASSOCIATION, AS TRUSTEE FOR GREENPOINT MORTGAGE FUNDING TRUST MORTGAGE PASS-THROUGH CERTIFICATES, SERIES 2006-AR7,<br><br>    Plaintiff,<br><br>vs.<br><br>SFR INVESTMENTS POOL 1, LLC; GREEN VALLEY SOUTH OWNERS ASSOCIATION NO. 1; NEVADA ASSOCATION SERVICES, INC.; DOES I through X and ROE CORPORATIONS I though X.<br><br>    Defendants. | Case No.: 2:16-cv-00576-GMN-NJK<br><br><br>**MOTION TO WITHDRAW PATRICK J. DAVIS, ESQ. AS ATTORNEY OF RECORD** |
| SFR INVESTMENTS POOL 1, LLC, a Nevada limited liability company<br><br>    Counter/Cross Claimant,<br>vs.<br><br>U.S. BANK NATIONAL ASSOCIATION, AS TRUSTEE FOR GREENPOINT MORTGAGE FUNDING TRUST MORTGAGE PASS-THROUGH CERTIFICATES, SERIES 2006-AR7; and MORTGAGE ELECTRONIC REGISTRATION SYSTEMS, INC., as nominee beneficiary for GREENPOINT | |

| | |
|---|---|
| 1 | MORTGAGE FUNDING, INC. |
| 2 |         Counter/Cross Defendants. |

## MOTION TO WITHDRAW PATRICK J. DAVIS, ESQ.
## AS ATTORNEY OF RECORD

EDGAR C. SMITH, ESQ. of the law firm WRIGHT, FINLAY & ZAK, LLP, hereby requests that Patrick J. Davis, Esq. be withdrawn as counsel of record in the above-referenced matter. Patrick J. Davis, Esq. is no longer employed at WRIGHT, FINLAY & ZAK LLP as of February 16, 2018, and no longer represents Plaintiff/Counter-Defendant, U.S. Bank National Association, as Trustee for Greenpoint Mortgage Funding Trust Mortgage Pass-Through Certificates, Series 2006-AR7.

The law firm of WRIGHT, FINLAY & ZAK, LLP, 7785 W. Sahara Ave., Suite 200, Las Vegas, Nevada 89117, will remain as counsel of record for Plaintiff/Counter-Defendant, U.S. Bank National Association, as Trustee for Greenpoint Mortgage Funding Trust Mortgage Pass-Through Certificates, Series 2006-AR7. For the reason that Mr. Davis is no longer associated with the law firm of WRIGHT, FINLAY & ZAK, LLP, counsel asks that this motion be granted and that Patrick J. Davis, Esq. be withdrawn as counsel of record and removed from the service list.

DATED this ____ day of February, 2018.

        WRIGHT, FINLAY & ZAK, LLP

        */s/Edgar C. Smith, Esq.*
        Edgar C. Smith, Esq.
        Nevada Bar No. 5506
        7785 W. Sahara Ave., Suite 200
        Las Vegas, NV 89117
        (702) 475-7964; Fax: (702) 946-1345
        esmith@wrightlegal.net
        *Attorney for Plaintiff/Counter-Defendant, U.S. Bank National Association, as Trustee for Greenpoint Mortgage Funding Trust Mortgage Pass-Through Certificates, Series 2006-AR7*

## ORDER

IT IS HEREBY ORDERED that the Motion to Withdraw Patrick J. Davis, Esq. as Attorney of Record is hereby granted.

IT IS SO ORDERED. February 21 _____, 2018.

_____
UNITED STATES MAGISTRATE JUDGE