UNITED STATES DISTRICT COURT

                                  DISTRICT OF NEVADA

U.S. BANK NATIONAL ASSOCIATION,          )
                                         )      Case No. 2:16-cv-00576-GMN-NJK
                    Plaintiff(s),        )
                                         )
v.                                       )      ORDER
                                         )
SFR INVESTMENTS POOL 1, LLC, et al.,     )
                                         )
                    Defendant(s).        )
                                         )

        On February 27, 2018, Plaintiff filed a response to a demand for prior discovery. Docket No.

103. Discovery-related documents should not be filed unless ordered by the Court. *See* Local Rule

26-8; *see also* Fed. R. Civ. P. 5(d)(1). No such order has been entered by the Court in this case.

Accordingly, the Court **STRIKES** Docket No. 103 and instructs the parties to refrain from filing

discovery documents on the docket in the future absent a Court order that they do so.

        IT IS SO ORDERED.

        Dated: February 27, 2018

                                         _____
                                         NANCY J. KOPPE
                                         United States Magistrate Judge