1  Stephen Peek, Esq.
   Nevada Bar No. 1758
2  Rachel L. Wise, Esq.
   Nevada Bar No. 12303
3  HOLLAND & HART LLP
   9555 Hillwood Drive, 2nd Floor
4  Las Vegas, NV  89134
   Phone: 702-222-2500
5  Fax: 702-669-4600
   Email:  speek@hollandhart.com
6          rlwise@hollandhart.com

# UNITED STATES DISTRICT COURT

## DISTRICT OF NEVADA

| | |
|---|---|
| U.S. BANK NATIONAL ASSOCIATION, AS TRUSTEE FOR GREENPOINT MORTGAGE FUNDING TRUST MORTGAGE PASS-THROUGH CERTIFICATES, SERIES 2006-AR7,<br><br>Plaintiff,<br><br>v.<br><br>SFR INVESTMENTS POOL 1, LLC; GREEN VALLEY SOUTH OWNERS ASSOCIATION NO. 1; NEVADA ASSOCIATION SERVICES, INC.; DOES I through X and ROE CORPORATIONS I through X,<br><br>Defendants.<br><br>SFR INVESTMENTS POOL 1, LLC, a Nevada limited liability company,<br><br>Counter/Cross Claimant,<br><br>vs.<br><br>U.S. BANK NATIONAL ASSOCIATION, AS TRUSTEE FOR GREENPOINT MORTGAGE FUNDING TRUST MORTGAGE PASS-THROUGH CERTIFICATES, SERIES 2006-AR7; and MORTGAGE ELECTRONIC REGISTRATION SYSTEMS, INC., as nominee beneficiary for GREENPOINT MORTGAGE FUNDING, INC.,<br><br>Counter/Cross Defendants. | Case No. 2:16-cv-00576-GMN-NJK<br><br>**MOTION TO REMOVE COUNSEL FROM SERVICE LIST AND [PROPOSED] ORDER** |

Pursuant to LR IA 10.6(e), Rachel L. Wise, Esq., hereby moves this Court for an Order removing her from all service lists, including the court's electronic notification list, in the above-captioned case.

Attorney Wise is no longer employed by Gordon Rees Scully Mansukhani, LLP.

DATED this 4th day of April, 2018.

HOLLAND & HART LLP

*/s/ Rachel L. Wise*
Stephen Peek, Esq.
Nevada Bar No. 1758
Rachel L. Wise, Esq.
Nevada Bar No. 12303
9555 Hillwood Drive, 2nd Floor
Las Vegas, Nevada 89134

**IT IS SO ORDERED**

United States Magistrate Judge
DATED: April 5, 2018