WRIGHT, FINLAY & ZAK, LLP
Dana Jonathon Nitz, Esq.
Nevada Bar No. 0050
Jamie S. Hendrickson, Esq.
Nevada Bar No. 12770
7785 W. Sahara Ave, Suite 200
Las Vegas, NV 89117
(702) 475-7964; Fax: (702) 946-1345
dnitz@wrightlegal.net
jhendrickson@wrightlegal.net
*Attorneys for Plaintiff/Counter-Defendant, U.S. Bank National Association, as Trustee for Greenpoint Mortgage Funding Trust Mortgage Pass-Through Certificates, Series 2006-AR7*

# UNITED STATES DISTRICT COURT
## DISTRICT OF NEVADA

| | |
|---|---|
| U.S. BANK NATIONAL ASSOCIATION, AS TRUSTEE FOR GREENPOINT MORTGAGE FUNDING TRUST MORTGAGE PASS-THROUGH CERTIFICATES, SERIES 2006-AR7, <br><br> Plaintiff, <br><br> v. <br><br> SFR INVESTMENTS POOL 1, LLC; GREEN VALLEY SOUTH OWNERS ASSOCIATION NO. 1; NEVADA ASSOCIATION SERVICES, INC.; DOES I through X and ROE CORPORATIONS I through X. <br><br> Defendants. | Case No.: 2:16-cv-00576-GMN-NJK <br><br> **STIPULATION AND ORDER TO EXTEND DEADLINE TO FILE OPPOSITION TO SFR INVESTMENTS POOL 1 LLC'S AND THE GREEN VALLEY SOUTH OWNERS ASSOCIATION NO. 1'S MOTIONS FOR SUMMARY JUDGMENT** <br><br> **(FIRST REQUEST)** |
| SFR INVESTMENTS POOL 1, LLC, a Nevada limited liability company, <br><br> Counter/Cross-Claimant, <br><br> vs. <br><br> U.S. BANK NATIONAL ASSOCIATION, AS TRUSTEE FOR GREENPOINT MORTGAGE FUNDING TRUST MORTGAGE PASS-THROUGH CERTIFICATES, SERIES 2006-AR7; and MORTGAGE ELECTRONIC REGISTRATION SYSTEMS, INC., as nominee beneficiary for GREENPOINT | |

| | |
|---|---|
| 1 | MORTGAGE FUNDING, INC. |
| 2 | Counter/Cross-Defendants. |

Plaintiff/Counter-Defendant, U.S. Bank National Association, as Trustee for Greenpoint Mortgage Funding Trust Mortgage Pass-Through Certificates, Series 2006-AR7 ("U.S. Bank"), and Defendant/Counter/Cross-Claimant, SFR Investments Pool 1, LLC ("SFR"), and the Green Valley South Owners Association No. 1 ("HOA") (collectively, the "Parties"), by and through their counsel of record, hereby stipulate and agree as follows:

On July 2, 2018, U.S. Bank, the HOA and SFR each filed its Motion for Summary Judgment [ECF Nos. 111, 112 and 113]. Additionally, on July 23, 2018, SFR filed its Response to U.S. Bank's Motion for Summary Judgment and Countermotion to Strike U.S. Bank's Motion for Summary Judgment. [ECF Nos. 115 and 116]. SFR's Motion for Summary Judgment and Response both raise complex issues and counsel requires additional time to complete an Opposition thereto and timely complete a Reply to its own Motion for Summary Judgment. For these reasons, the Parties' are in agreement to extend the deadline for U.S. Bank to file its Oppositions to SFR's and the HOA's of Motions for Summary Judgment by two weeks. This is the Parties' first request to extend the subject deadline and the request is made in good faith and not for purposes of delay or prejudice to any other party.

Based on the foregoing, IT IS HEREBY STIPULATED AND AGREED that the deadline for U.S. Bank to file an Opposition to SFR's Motion for Summary Judgment shall be extended to August 3, 2018.

IT IS FURTHER STIPULATED AND AGREED that the deadline for U.S. Bank to file an Opposition to the HOA's Motion for Summary Judgment shall be extended to August 3, 2018.

IT IS FURTHER STIPULATED AND AGREED that the deadline for both SFR and the HOA to file their Replies in Support of their respective Motions for Summary Judgment shall be extended to August 20, 2018.

IT IS FURTHER STIPULATED AND AGREED that the deadline for SFR to file its Reply in Support of its Countermotion to Strike U.S. Bank's Motion for Summary Judgment

shall be extended to August 20, 2018.

IT IS SO STIPULATED.

DATED this 30th day of July, 2018.  
WRIGHT, FINLAY & ZAK, LLP

*/s/ Jamie S. Hendrickson, Esq.*
Dana Jonathon Nitz, Esq.
Nevada Bar No. 0050
Jamie S. Hendrickson, Esq.
Nevada Bar No. 12770
7785 W. Sahara Ave, Suite 200
Las Vegas, NV 89117
*Attorneys for Plaintiff/Counter-Defendant, U.S. Bank National Association, as Trustee for Greenpoint Mortgage Funding Trust Mortgage Pass-Through Certificates, Series 2006-AR7*

DATED this 30th day of July, 2018.  
KIM GILBERT EBRON

*/s/ Jacqueline A. Gilbert, Esq.*
Diana S. Ebron, Esq.
Nevada Bar No. 10580
Jacqueline A. Gilbert, Esq.
Nevada Bar No. 10593
Karen L. Hanks, Esq.
Nevada Bar No. 9578
7625 Dean Martin Drive, Suite 110
Las Vegas, NV 89139
*Attorneys for Defendant/Counter/Cross-Claimant, SFR Investments Pool 1, LLC*

DATED this 30th day of July, 2018.  
GORDON REES SCULLY MANSUKHANI,, LLP

*/s/ David T. Gluth, Esq.*
Robert S. Larsen, Esq.
Nevada Bar No. 7785
David T. Gluth, II, Esq.
Nevada Bar No. 10596
300 South 4th Street, Suite 1550
Las Vegas, NV 89117
*Attorneys for Defendant, Green Valley South Owners Association No. 1*

**ORDER**

IT IS SO ORDERED:

DATED this __12__ day of August, 2018.

_____
Gloria M. Navarro, Chief Judge
UNITED STATES DISTRICT JUDGE