Diana S. Ebron, Esq.
Nevada Bar No. 10580
E-Mail: diana@kgelegal.com
Jacqueline A. Gilbert, Esq.
Nevada Bar No. 10593
E-Mail: jackie@kgelegal.com
Karen L. Hanks, Esq.
Nevada Bar No. 9578
E-Mail: karen@kgelegal.com
Kim Gilbert Ebron
7625 Dean Martin Drive, Suite 110
Las Vegas, Nevada 89139-5974
Telephone: (702) 485-3300
Facsimile: (702) 485-3301
*Attorney for SFR Investments Pool 1, LLC*

**UNITED STATES DISTRICT COURT**

**DISTRICT OF NEVADA**

| | |
|---|---|
| U.S. BANK NATIONAL ASSOCIATION, AS TRUSTEE FOR GREENPOINT MORTGAGE FUNDING TRUST MORTGAGE PASS-THROUGH CERTIFICATES, SERIES 2006-AR7,<br><br>Plaintiff,<br><br>vs.<br><br>SFR INVESTMENTS POOL 1, LLC; DESERT PARK AT GREEN VALLEY HOMEOWNERS' ASSOCIATION, INC.; NEVADA ASSOCIATION SERVICES, INC.; DOES I through X and ROE CORPORATIONS I through X,<br><br>Defendants.<br>_____<br>SFR INVESTMENTS POOL 1, LLC, a Nevada limited liability company,<br><br>Counterclaimant/Cross-Claimant,<br><br>vs.<br><br>U.S. BANK NATIONAL ASSOCIATION, AS TRUSTEE FOR GREENPOINT MORTGAGE FUNDING TRUST MORTGAGE PASS-THROUGH CERTIFICATES, SERIES 2006-AR7; MORTGAGE ELECTRONIC REGISTRATION SYSTEMS, INC. as nominee beneficiary for GREENPOINT MORTGAGE FUNDING, INC.,<br><br>Counter-Defendant/Cross-Defendant. | Case No.: 2:16-cv-00576-GMN-NJK<br><br>**STIPULATION AND ORDER TO DISMISS SLANDER OF TITLE CLAIM WITHOUT PREJUDICE** |

- 1 -

**KIMGILBERT EBRON**
7625 DEAN MARTIN DRIVE, SUITE 110
LAS VEGAS, NEVADA 89139
(702) 485-3300 FAX (702) 485-3301

Defendant/Counterclaimant/Cross-Claimant, SFR INVESTMENTS POOL 1, LLC ("SFR") and Plaintiff/Counter-Defendant, U.S. BANK NATIONAL ASSOCIATION, AS TRUSTEE FOR GREENPOINT MORTGAGE FUNDING TRUST MORTGAGE PASS-THROUGH CERTIFICATES, SERIES 2006-AR7 (the "Bank"), by and through undersigned counsel, hereby stipulate and agree that SFR's Third Claim for Relief for Slander of Title against the Bank [ECF No. 34] shall be dismissed without prejudice, each party to bear its own fees and costs.

| DATED 15th day of March, 2019. | DATED this 15th day of March, 2019. |
|---|---|
| **KIM GILBERT EBRON** | **WRIGHT FINLAY & ZAK, LLP** |
| */s/ Diana S. Ebron* | */s/ Edgar C. Smith* |
| Diana S. Ebron, Esq. | Edgar C. Smith, Esq. |
| Nevada Bar No. 10580 | Nevada Bar No. 5506 |
| 7625 Dean Martin Drive, Suite 110 | Aaron D. Lancaster |
| Las Vegas, Nevada 89139 | Nevada Bar No. 10115 |
| *Attorneys for SFR Investments Pool 1, LLC* | 7785 W. Sahara Ave., Ste. 200 |
| | Las Vegas, NV 89117 |
| | *Attorneys for U.S. BANK NATIONAL ASSOCIATION, AS TRUSTEE FOR GREENPOINT MORTGAGE FUNDING TRUST MORTGAGE PASS-THROUGH CERTIFICATES, SERIES 2006-AR7* |

## **ORDER**

**IT IS HEREBY ORDERED** that, pursuant to the parties' stipulation, SFR's slander of title claim against Plaintiff is **DISMISSED without prejudice**.

The Clerk of Court is instructed to close the case and enter judgment accordingly.

IT IS SO ORDERED.

DATED this   19   day of March, 2019.

_____
Gloria M. Navarro, Chief Judge
UNITED STATES DISTRICT JUDGE