FILED _____ RECEIVED
ENTERED _____ SERVED ON
COUNSEL/PARTIES OF RECORD

MAY - 6 2019

CLERK US DISTRICT COURT
DISTRICT OF NEVADA
BY: _____ DEPUTY

UNITED STATES DISTRICT COURT

DISTRICT OF NEVADA

\* \* \*

| | |
|---|---|
| U.S. BANK NATIONAL ASSOCIATION, et al<br><br>Plaintiffs,<br><br>v.<br><br>SFR INVESTMENTS POOL 1, LLC, et al.,<br><br>Defendants.<br><br>AND ALL RELATED CLAIMS | Case No. 2:16-CV-00576-GMN-NJK<br><br>**ORDER TO RELEASE BOND** |

Presently before the court is the matter of *U.S. Bank National Association, et al. v. SFR Investments Pool 1, LLC et al*, case number 2:16-cv-00576-GMN-NJK.

On October 3, 2016, the court ordered U.S. Bank National Association to post security for costs in the amount of $500.00 pursuant to NRS 18.130. (ECF No.25). On October 12, 2016, Wright Finlay & Zak on behalf of U.S. Bank National Association, deposited $500.00 with the court (ECF No. 27).

On March 19, 2019, the court granted the parties' Stipulation to Dismiss Slander of Title Claim Without Prejudice closing the case and entering judgment. (ECF No. 134). As this matter is now concluded, the court will refund to Wright Finlay & Zak on behalf of U.S. Bank National Association the $500.00 security bond, plus interest.

Accordingly,

**IT IS SO ORDERED**

Dated this 6 day of May, 2019.

_____
CHIEF JUDGE GLORIA M. NAVARRO
UNITED STATES DISTRICT JUDGE